UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| WALTER PEGUES and SIDNEY COLLINS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 11-CV-3189 |
| FORREST ASHBY, JENNIFER BLAESING, SANDRA SIMPSON, STEVE DREDGE, and ARAMARK CORRECTIONAL SERVICES, LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

Plaintiffs, proceeding pro se and currently detained in the Rushville Treatment and Detention Center, pursue claims that they are being denied a nutritionally adequate religious diet and are being retaliated against for pursuing their right to a religious diet.

This case is set for a conference on July 30, 2012, but the

1

conference will be cancelled as unnecessary. All Defendants except Defendant Dredge have been served, and there are no pending issues to discuss.

IT IS THEREFORE ORDERED:

1) The status conference set for July 30, 2012, is cancelled. The clerk is directed to notify Plaintiffs' detention center of the cancellation.

2) The parties are reminded of their option to consent to proceed before a U.S. Magistrate Judge. (*See* attached form).

3) By August 3, 2012, counsel for Defendant Aramark Correctional Services, LLC, is directed to inform the Court whether he will be filing an appearance for Defendant Dredge, and, if not, where Defendant Dredge's waiver of service should be sent. The clerk sent Dredge's waiver of service to Aramark's corporate headquarters in Pennsylvania, but the waiver has not been returned.

4) The clerk is directed to update the docket to show that the correct name of Defendant Aramark Food Services Corp. is Aramark Correctional Services, LLC.

5) By September 14, 2012, the parties shall provide to each other the initial disclosures described in Fed. R. Civ. P. 26(a)(1)(i)-(ii).

6)  Plaintiffs shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by October 1, 2012.

7) Defendants shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by November 1, 2012.

8) Discovery closes January 31, 2013.

9) Dispositive motions are due February 28, 2013.

10) Plaintiffs' detention limits them to written discovery.  Written discovery must be served on a party at least 30 days before the discovery deadline.  Discovery requests and responses are not filed with the court, unless there is a dispute regarding such discovery.  See CDIL-LR 26.3.  Motions to compel discovery must be accompanied by the relevant portions of the discovery request and the response.  Additionally, except for good cause shown, motions to compel must be filed within 14 days of

receiving an unsatisfactory response to a timely discovery request.

11) A final pretrial conference is scheduled for September 9, 2013, at 1:30 p.m., or as soon thereafter as the Court may hear the case. Defendants' counsel shall appear in person.  Plaintiffs shall appear by video.  The parties are directed to submit an agreed, proposed final pretrial order at least 14 days before the final pretrial conference.

12) The jury trial is scheduled on the Court's trailing trial calendar for October 1, 2013, at 9:00 a.m. before this Court in Springfield, Illinois.  The actual date for jury selection and jury trial will be finalized at the final pretrial conference.

ENTERED:   July 19, 2012

FOR THE COURT:

                                  s/Sue E. Myerscough
                                  SUE E. MYERSCOUGH
                                  UNITED STATES DISTRICT JUDGE